David J. Miclean (SBN 115098)
dmiclean@micleangleason.com
Carmen M. Aviles (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA  94402
Office:  (650) 684-1181
Fax:  (650) 684-1182


Attorneys for Plaintiff
ALTERG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERG, INC.<br><br>         Plaintiff,<br><br>v.<br><br>ERIK B. CHERDAK.,<br><br>         Defendant | Case No. 5:16-cv-01701-YGR<br><br> ORDER GRANTING<br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff AlterG, Inc., voluntarily dismisses without prejudice the above entitled action. The notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: May 2, 2016                     Respectfully Submitted,

                                       By:   /s/ *David J. Miclean*
                                             MICLEAN GLEASON LLP
                                             David J. Miclean
                                             Carmen M. Aviles
                                             Attorneys for Plaintiff
                                             ALTERG, INC.

                        ORDER

The action is DISMISSED.

Dated: May 9, 2016

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Yvonne Gonzalez Rogers, 5/9/2016]*